IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:17-cr-00651-5 |
| | § | |
| MARIA ANGELICA MORENO-REYNA | § | |

## NOTICE OF APPEAL

Notice is hereby given that MARIA ANGELICA MORENO-REYNA, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Judgment in a Criminal Case entered in this action on December 16, 2025.

Respectfully submitted,

*/s/ Molly Bagshaw*
MOLLY BAGSHAW
Federal ID No. 3471422
TBA No. 24107270
3515 Fannin Street
Houston, Texas 77004
Telephone: (713) 526-6300
Facsimile: (713) 808-9444
Email: Molly@houstoncriminaldefense.com

Attorney for Defendant,
MARIA ANGELICA MORENO-REYNA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:17-cr-00651-5 |
| | § | |
| MARIA ANGELICA MORENO-REYNA | § | |

### CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2025, a true and correct copy of Maria Moreno-Reyna's Notice of Appeal was served through the Court's CM/ECF system and in compliance with the Federal Rules of Criminal and/or Appellate Procedure on all counsel of record.

*/s/ Molly Bagshaw*
MOLLY BAGSHAW

2